**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Jorge Adalberto GUZMAN–CRUZ,**
**Defendant–Appellant.**

No. 11–40890
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 28, 2012.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Derly Joel Uribe, Law Offices of Francisco J. Saldana, Jr., Laredo, TX, for Defendant–Appellant.

Before REAVLEY, JOLLY, and DAVIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Jorge Adalberto Guzman–Cruz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Guzman–Cruz has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Guzman–Cruz's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Guzman's motion for reconsideration of the Clerk's order denying an extension to file an *Anders* response to counsel's initial brief is DENIED. His motion for appointment of new counsel is also DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.